UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

SOMKID PUNMA,

Case No. 10-22328
Chapter 13

_____Debtor_____/

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
JUN 2 7 2016
FILED_____ RECEIVED

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, SMS FINANCIAL XXV, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $15,531.18, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of SMS FINANCIAL XXV, LLC. Applicant further states that:

1.      (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

__X__ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has

Page 1 of 3

LF-27 (rev. 12/01/15)

reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 6/23/16

SMS FINANCIAL XXV, LLC
Name Under Which Funds Were Deposited

34, 33 and 29
Claim Number

Name of Party on Whose Behalf Application Was Filed*

Address: 6829 N. 12TH ST.

PHOENIX, AZ 85012

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 1591

Tax ID (EIN #) 45-2287655

JONATHAN HARRIS, MANAGER
Print Name and Title of Applicant

SMS FINANCIAL XXV, LLC
Print Company Name
6829 N. 12TH ST.
Print Street Address

PHOENIX, AZ 85014
Print City and State

(602) 944-0624
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on June 24, 2016

NOTARY PUBLIC, AT LARGE
STATE OF ARIZONA

LINDA K. TATUM
Notary Public - Arizona
Maricopa County
Expires 11/30/2018

Page 3 of 3

LF-27 (rev. 12/01/15)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No. 10-22328
                                                                           Chapter 13
  SOMKID PUNMA,


_____Debtor_____/

### AFFIDAVIT OF CLAIMANT

1.   I, Jonathan Harris, am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( X ) the duly authorized representative for the claimant "business" SMS Financial XXV, LLC,_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $15,531.18 deposited in this court in the name of SMS Financial XXV, LLC and representing claim numbers 34, 33, and 29 (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

Page 1 of 2

LF-28 (rev. 12/01/15)

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 6/24/16

_____
signature of claimant or representative of "business" claimant
JONATHAN HARRIS
print name
MANAGER
title

___45-2287655_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

6829 N. 12TH ST. PHOENIX, AZ 85014
address

602-944-0624
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on ___June 24, 2016___.

_____
NOTARY PUBLIC, AT LARGE

LINDA K. TATUM
Notary Public - Arizona
Maricopa County
Expires 11/30/2018

STATE OF ARIZONA

LF-28 (rev. 12/01/15)

Page 2 of 2

AZ CORPORATION COMMISSION
FILED

JAN 02 2009

FILE NO. L-1497070-8

AZ Corp. Commission

02622074

## ARTICLES OF ORGANIZATION OF
## SMS MANAGEMENT, LLC

1. **NAME.** The name of this limited liability company is SMS Management, LLC

2. **REGISTERED OFFICE.** The address of the registered office of this limited liability company is 2645 North 7th Avenue, Phoenix, Arizona 85007.

    The name and business address of the agent for service of process are Jonathan Harris, 2645 North 7th Avenue, Phoenix, Arizona 85007.

3. **DISSOLUTION DATE.** This company can be of perpetual duration.

4. **MANAGEMENT.** Management of this limited liability company is vested in its managers. The names and addresses of the managers are:

    Benjamin Myers
    2645 North 7th Avenue
    Phoenix, Arizona 85007

    Jonathan Hoffer
    2645 North 7th Avenue
    Phoenix, Arizona 85007

    Jonathan Harris
    2645 North 7th Avenue
    Phoenix, Arizona 85007

5. **CERTAIN MEMBERS.** The names and addresses of the members holding a twenty percent (20%) or greater interest of this limited liability company are:

    Two Med Investments, LLC
    2645 North 7th Avenue
    Phoenix, Arizona 85007

    J & R Capital, LLC
    2645 North 7th Avenue
    Phoenix, Arizona 85007

    Namax Capital, LLC.
    2645 North 7th Avenue
    Phoenix, Arizona 85007

DATED: January 1, 2009

Jonathan Hoffer, Manager

Jonathan Harris, having been designated to act as Statutory Agent, hereby consents to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

Jonathan Harris



AZ CORPORATION COMMISSION
FILED

MAY 1 9 2011

FILE NO. L-1682041-1



AZ Corp. Commission
03461700

## ARTICLES OF ORGANIZATION OF
## SMS FINANCIAL XXV, LLC

1. **NAME.** The name of this limited liability company is SMS Financial XXV, LLC

2. **REGISTERED OFFICE.** The address of the registered office of this limited liability company is 2645 North 7th Avenue, Phoenix, Arizona 85007.

   The name and business address of the agent for service of process are Jonathan Harris, 2645 North 7th Avenue, Phoenix, Arizona 85007.

3. **DISSOLUTION DATE.** This company can be of perpetual duration.

4. **MANAGEMENT.** Management of this limited liability company is vested in its managers. The name and address of the initial Manager is:

   SMS Management, LLC
   Jonathan Hoffer, Manager
   2645 North 7th Avenue
   Phoenix, Arizona 85007

5. **CERTAIN MEMBERS.** The names and addresses of the Members holding a twenty percent (20%) or greater interest of this limited liability company are:

   SMS Management, LLC
   Jonathan Hoffer, Manager
   2645 North 7th Avenue
   Phoenix, Arizona 85007

DATED: May 18, 2011

_____
Jonathan Hoffer, signing on behalf of
SMS Management, LLC

Jonathan Harris, having been designated to act as Statutory Agent, hereby consents to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

_____
Jonathan Harris

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:  
        SOMKID PUNMA,

Case No. 10-22328  
Chapter 13

_____Debtor_____/

## GENERAL POWER OF ATTORNEY

TO: Jonathan Harris, at 6829 N. 12th St., Phoenix, Arizona 85014:

    The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question than may be lawfully submitted to creditors of the debtor in the above entitled case, to vote for a trustee of the estate of the debtor, and for a committee of creditors, to receive dividends, and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: 6/23/16

SMS FINANCIAL XXV, LLC.  
BY: SMS MANAGEMENT, LLC.  
ITS: MANAGER

BY: _____  
Jonathan Harris, Manager

Acknowledged before me on June 23, by Jonathan Harris, who says that he is a Manager of SMS Management, LLC, the Manager of SMS Financial XXV, LLC and is authorized to execute this power of attorney on its behalf.

_____  
NOTARY PUBLIC, AT LARGE  
STATE OF ARIZONA

LINDA K. TATUM  
Notary Public - Arizona  
Maricopa County  
Expires 11/30/2018

# Authorization for LLC

The undersigned, being the managers of SMS Management, LLC, an Arizona limited liability company, hereby give written consent and authorization to allow Jonathan Harris as manager of SMS Management, LLC to sign solely on behalf of the LLC.

Dated this _____29th_____ day of _____September_____, 2014

SMS Management, LLC an Arizona limited liability company.

By: _____
   Benjamin Myers
   Its: Manager

By: _____
   Jonathan Hoffer
   Its: Manager